

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2014

No. 04-14-00145-CV

**IN THE GUARDIANSHIP ESTATE OF MARIA I. RODRIGUEZ**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2010-PC-2639
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

On May 27, 2014, this court granted appellant's motion to abate and allowed appellant time to obtain a supplemental clerk's record containing the signed order from which appellant appeals. That order was signed on June 19, 2014, and a supplemental clerk's record was filed on June 26, 2014. On or about July 7, 2014, appellant requested a supplemental reporter's record from a hearing held on July 2, 2014.

Ms. Cheryl D. Hester is the court reporter responsible for preparing, certifying, and filing the reporter's record. Ms. Hester is hereby ORDERED to file the reporter's record requested by appellant <u>no later than August 4, 2014</u>. Appellant's brief will be due thirty days from the date the record is filed.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court